UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>      Respondent.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>      Intervenor. | Civil Action No. 05-11625-JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney from Wilmer Cutler Pickering Hale and Dorr LLP in the above-captioned matter on behalf of the Narragansett Electric Company.

/s/ Robert F. Fitzpatrick Jr.
Robert F. Fitzpatrick Jr. (BBO #561352)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: October 5, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand/mail on 10/5/05.

Robert Fitzpatrick

US1DOCS 5317957v1