UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THE NARRAGANSETT ELECTRIC COMPANY,**<br><br>                              Petitioner,<br><br>         v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>                              Respondent.<br><br>---<br><br>**COMMONWEALTH OF MASSACHUSETTS,**<br><br>                              Intervenor. | C.A. No. 05-11625-JLT |

NOTICE OF APPEARANCE

Please enter on the docket the appearance of William L. Pardee, Assistant Attorney General, as counsel for the intervenor Commonwealth of Massachusetts.

                                            Respectfully submitted,

                                            THOMAS F. REILLY
                                            ATTORNEY GENERAL

                                            /s/ William L. Pardee         .
                                            William L. Pardee, BBO # 389070
                                            Assistant Attorney General
                                            Environmental Protection Division
                                            One Ashburton Place, Room 1813
                                            Boston, Massachusetts 02108
                                            (617) 727-2200, ext. 2419
                                            bill.pardee@ago.state.ma.us

**Date:  October 11, 2005**