UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 21  A 9:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY, | ) ) ) |
| Petitioner | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) |
| Respondent | ) ) |
| COMMONWEALTH OF MASSACHUSETTS, | ) ) ) |
| Intervenor | ) ) |

Civil Case No. 05-11625-JLT

## NOTICE OF APPEARANCE

Pursuant to LR 83.5.2(a) ("Appearances"), the undersigned attorney files this notice of appearance as counsel for the United States of America in the case of <u>The Narragansett Electric Company v. United States Environmental Protection Agency</u>:

Laurel A. Bedig
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone:    (202) 305-0331
Fax. No.:    (202) 514-8865
Email:    laurel.bedig@usdoj.gov

Ms. Bedig is appearing in this court as counsel on behalf of the United States, including the United States Environmental Protection Agency, pursuant to LR 83.5.3(a) (Practice by Persons Not Members of the Bar; Attorneys for the United States). Therefore, consistent with LRs 83.5.3(a) and 5.1(a), no board of bar overseers number is provided.

Ms. Bedig hereby affirms that she is an attorney in good standing as a member of the bar in every jurisdiction in which she has been admitted to practice and is not subject to pending disciplinary proceedings as a member of the bar of any United States District Court.

Ms. Bedig may be designated as an "Attorney to be Noticed," and wishes to receive electronic notices of case activity.

Date: October 21, 2005                    Respectfully submitted,

                                                       Laurel A. Bedig (by G. B. Henderson)
                                                       LAUREL A. BEDIG

                                                       Environmental Defense Section
                                                       Environment and Natural Resources Division
                                                      U.S. Department of Justice
                                                       P.O. Box 23986
                                                       Washington, DC 20026-3986
                                                       Tel. (202) 305-0331
                                                       Fax (202) 514-8865
                                                       laurel.bedig@usdoj.gov

                                                       George B. Henderson, II
                                                       Assistant U.S. Attorney
                                                      1 Courthouse Way, Suite 9200
                                                      Boston MA 02110
                                                      Tel. (617) 748-3272
                                                      Fax (617) 748-3971
                                                      george.henderson2@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of October 2005, I caused a copy of the foregoing NOTICE OF APPEARANCE OF LAUREL A. BEDIG to be served by first class mail, postage prepaid, to the following:

>John Voorhees
>Patton Boggs, LLP
>1660 Lincoln Street
>Suite 1900
>Denver, CO 80264
>
>Robert F. Fitzpatrick
>Wilmer Cutler Pickering Hale and Dorr, LLP
>60 State Street
>Boston, MA 02109
>
>Attorneys for Petitioner, The Narragansett Electric Company
>
>William L. Pardee
>Assistant Attorney General
>Environmental Protection Division
>One Ashburton Place, Room 1813
>Boston, MA 02108
>
>Attorney for Intervenor, Commonwealth of Massachusetts

                                                                Laurel A. Bedig (by GBH)
                                                                Laurel A. Bedig