UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY,<br><br>                                           Petitioner,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>                                           Respondent.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>                                           Intervenor. | NO. 05-11625-RWZ |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties to this action, the Narragansett Electric Company, the United States Environmental Protection Agency and the Commonwealth of Massachusetts, hereby jointly stipulate to the dismissal of this suit, with each party to bear its own costs and fees.

                                                        Respectfully Submitted,

                                                        THE NARRAGANSETT ELECTRIC COMPANY

                                                        By its attorneys,

                                                        /s/ Robert F. Fitzpatrick
                                                        Robert C. Kirsch BBO#541755
                                                        Robert F. Fitzpatrick, Jr. BBO#561352
                                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                                        60 State Street
                                                        Boston, MA 02109
                                                        617-526-6000

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY

By its attorney,
Sue Ellen Woodbridge
Assistant Attorney General
Environmental and Natural Resources Division

/s/ Laurel A. Bedig
By: Laurel A. Bedig
Senior Trial Attorney
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
202-305-0331


COMMONWEALTH OF MASSACHUSETTS

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ William L. Pardee
WILLIAM L. PARDEE BBO#389070
Assistant Attorney General
Environmental Protection Division
1 Ashburton Place, Rm. 1813
Boston, Massachusetts 02108
(617) 727-2200, ext. 2419
bill.pardee@ago.state.ma.us

October 17, 2006